**Ricardo Figueroa LEMUS, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 16-71063

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 14, 2017

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R. App. P. 34(a)(2).

Mary Elizabeth Hawkins, Attorney, Hawkins Law Group PLLC, Shoreline, WA, for Petitioner

Karen L. Melnik, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Ricardo Figueroa Lemus, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying Figueroa Lemus's motion to reopen because the motion was filed more than two years after the BIA's final decision, *see* 8 C.F.R. § 1003.2(c)(2), and Figueroa Lemus failed to demonstrate materially changed circumstances in El Salvador to qualify for an exception to the time limitations for filing a motion to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 991-92 (BIA did not abuse its discretion where petitioner failed to introduce material evidence); *see also Cano-Merida v. INS*, 311 F.3d 960, 965-66 (9th Cir. 2002) (no abuse of discretion in denying motion to reopen

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

where petitioner did not establish prima facie eligibility for CAT relief).

**PETITION FOR REVIEW DENIED.**